

_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at BALTIMORE

| | | |
|---|---|---|
| In Re: | * | |
| Inner Harbor West II, LLC | * | Case No.    14-14388-RAG |
| | * | Chapter    7  (INVOLUNTARY) |
| | * | |
| | * | |
| Debtor. | * | |

### ORDER ENTERING RELIEF UNDER CHAPTER 7
### ON INVOLUNTARY PETITION AND
### DIRECTING COMPLIANCE WITH FILING REQUIREMENTS

Upon consideration of the involuntary petition for relief under Chapter 7 of the Bankruptcy Code filed on March 21, 2014, against the above-named Debtor, and it appearing that entry of an order for relief is proper at this time, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the relief requested under Chapter 7 of the Bankruptcy Code against the above Debtor is granted; and it is further

ORDERED, that the Debtor file a Statement of Financial Affairs and Schedules A through H and a typewritten mailing matrix within fourteen (14) days after the date of entry of this Order.

cc:    Debtor
       Petitioner(s)
       Petitioner(s)' Counsel - Curtis C. Coon, Esq.; Marc E. Shach, Esq.
       U.S. Trustee

**End of Order**

Invol-26.3b -- 12/1/09